**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANTONIO BETANCOURT,                    :    No. 20 EM 2018
                                       :
                    Petitioner         :
                                       :
                                       :
                                       :
            v.                         :
                                       :
                                       :
                                       :
COURT OF COMMON PLEAS,                 :
PHILADELPHIA CRIMINAL DIVISION         :
COURT ADMINISTRATOR ET. AL.,           :
                                       :
                    Respondent         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 6th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.